**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arbit LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Schneider Electric SE,<br><br>　　　　　Defendant. | No. CV-23-00446-PHX-DLR<br><br>**ORDER** |

On March 14, 2023, Stanislav Arbit filed a complaint on behalf of a limited liability company called Arbit LLC, of which he is the sole member. (Doc. 1.) Mr. Arbit also filed motions to proceed without prepaying fees and costs and to allow electronic filing. (Docs. 2, 3).

Corporations, partnerships, and other artificial entities can't appear in federal courts except through licensed counsel. *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 201-02 (1993); *see also Multi-Denominational Ministry of Cannabis and Rastafari, Inc. v. Holder*, 365 Fed. App'x 817, 819 (9th Cir. 2010) ("the law is clear that incorporated entities must be represented by counsel in court"); *Larsen v. Lauriel Inv. Inc.*, 161 F. Supp. 2d 1029, 1034 n.1 (D. Ariz. 2001) (noting that self-represented defendant "may not represent . . . a corporate defendant"). Limited liability companies, like corporations, are artificial legal entities. *Joe Hand Promotions, Inc. v. Smith*, No. 2:09-cv-01047-JWS, 2010 WL 2292315, at *3 (D. Ariz. June 7, 2010) ("It is well established that limited liability companies are

distinct legal entities, separate from their members."). As such, the rule requiring counsel for artificial entities applies equally to limited liability companies, even those with only a single member. Nothing in the record indicates that Mr. Arbit is a licensed attorney. He therefore can't represent Arbit LLC in federal court and this lawsuit must be dismissed.

**IT IS ORDERED** that the motions Mr. Arbit has purported to file on behalf of Arbit LLC (Docs. 2 and 3) are **STRICKEN** and this case is **DISMISSED WITHOUT PREJUDICE**. If Artbit LLC wishes to file a lawsuit in federal court, it must do so through a licensed attorney.

Dated this 16th day of March, 2023.

Douglas L. Rayes
United States District Judge